# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 AUG 24 PM 3: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. Carolyn Rushing      Docket No. 2:01CR20328-001

### Petition on Probation and Supervised Release

**COMES NOW** Brenda L. Carpten **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Carolyn Rushing who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 20th day of December, 2002, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to substance testing and treatment as deemed appropriate by the Probation Officer.

2. The defendant shall make full financial disclosure upon request by the Probation Officer.

3. The defendant shall be prohibited from opening additional lines of credit with approval by the Probation Officer.

4. Third Party Risk notification is required.

5. The defendant shall pay restitution in the amount of $111,704.43. (Balance $110,904.43).

* Term of Supervised Release Begin: July 14, 2004

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing the offender's monthly income and necessary living expenses, it appears that ten (10%) percent of her gross income in an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Carolyn Rushing's restitution payments be set at ten percent (10%) percent of her monthly gross income.

### ORDER OF COURT

Considered and ordered this 23rd day of August 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

Brenda Carpten
_____
Brenda L. Carpten
United States Probation Officer

Place Memphis, Tennessee

Date August 11, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05

84

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:01-CR-20328 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT